IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01257-MSK-BNB

ROBERT E. WILLIAMSON,

Plaintiff,

and

LIBERTY MUTUAL INSURANCE COMPANY.

Plaintiff/Intervenor,

v.

MONUMENT WELL SERVICE CO.,

Defendant,

v.

WATSON/HOPPER, INC.,

Third Party Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion for Intervention** [docket no. 17, filed August 4, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attachment to docket no. 17, the Plaintiff/Intervenor Liberty Mutual Insurance Complaint's Complaint and Judgment Demand, for filing. The above caption is to be used on all filings in the future.

DATED: August 6, 2008