IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01257-MSK-BNB

ROBERT E. WILLIAMSON,

    Plaintiff,

v.

MONUMENT WELL SERVICE CO.,

    Defendant.

___

**ORDER RE: STIPULATED MOTION TO DISMISS CASE**
___

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss the Case (Motion) **(#21)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 29th day of August, 2008.

                BY THE COURT:

                _____
                Marcia S. Krieger
                United States District Judge